ORIGINAL

FILED

01/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0640

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0640

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

ANTHONY CHINCHOLL,

    Defendant and Appellant.

**FILED**

JAN 1 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

Counsel for Appellant Anthony Chincholl filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). This Court granted Chincholl time to respond, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We conclude no arguments with potential legal merit can be raised Chincholl's appeal.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Chincholl personally.

DATED this ⎯10⎯ day of January, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices